UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| W. Droege Assekuradeur GmbH, | ) | |
| a/s/o Alzchem LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| Yaya Trucking, Inc. and | ) | |
| InstiCo Freight Management Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT**

W. Droege Assekuradeur GmbH, by its undersigned counsel, states its complaint against Yaya Trucking, Inc. and InstiCo Freight Management Inc. as follows:

1. W. Droege Assekuradeur GmbH ("Plaintiff") is an insurance corporation organized under German law with its principal place of business in Hamburg, Germany. It is the subrogee of Alzchem LLC and the real party in interest, having paid in full Alzchem's insurance claim on the shipment that is the subject of this case (hereinafter "the Shipment").

2. Yaya Trucking, Inc. ("Yaya") is an Illinois corporation with its principal place of business in Hickory Hills, Illinois.

3. InstiCo Freight Management Inc., on information and belief doing business as InstiCo Global Logistics ("InstiCo"), is a Texas corporation with its principal place of business in Irving, Texas, and acted as transportation broker for the Shipment. Yaya and InstiCo collectively are referred to herein as "Defendants."

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 as the parties are of diverse citizenship and the matter in controversy exceeds $75,000, exclusive of interest and costs.

5. On March 31, 2022, a fire occurred at Yaya's yard in Hickory Hills or Crestwood, Illinois, both within this judicial district, where two containers containing the Shipment were damaged. It was later discovered that the Shipment was a total loss.

6. On information and belief, no written contracts were executed between the parties pertaining to the motor carriage of the Shipment from Yaya's yard in Illinois to its intended destination in Addison, Illinois.

7. The Shipment was tendered to Defendants in good order and condition in late March, 2022 for motor carriage to Addison, Illinois.

8. While in Defendants' sole custody and control, the Shipment was damaged in the March 31, 2022 fire.

9. Plaintiff and its insured fully performed all conditions that were required of them.

10. Plaintiff paid its insured in full for loss of the Shipment in the amount of $522,408.05 and is subrogated to all of its insured's rights, including this claim.

## COUNT I

11. Plaintiff realleges paragraphs 1—10 as though fully set forth herein.

12. Defendants had a duty to properly care for, store and transport the Shipment in a manner that would not result in damage.

13. Defendants breached their oral contract to transport the Shipment in good order and condition.

14. As a result of Defendants' breach, Plaintiff has sustained damages of $522,408.05.

## COUNT II

15. Plaintiff realleges paragraphs 1—10 as though fully set forth herein.

16. Defendants had a duty to properly care for, store and transport the Shipment in a manner that would not result in damage.

17. The Shipment was delivered to Defendants.

18. Defendants accepted the Shipment.

19. Defendants breached their duties as bailee of the Shipment to transport the Shipment in good order and condition.

20. As a result of Defendants' breach, Plaintiff has sustained damages of $522,408.05.

WHEREFORE, for the foregoing reasons, Plaintiff requests that judgment be entered in its favor and against Defendants jointly and severally for $522,408.05 in compensatory damages, interest, costs, attorneys' fees and whatever other relief this Court deems appropriate.

Respectfully submitted,

/s/ Paul J. Kozacky
Paul J. Kozacky
Kozacky Weitzel McGrath, P.C.
77 West Wacker Drive, Suite 4500
Chicago, IL 60601
312.696.0900
pkozacky@kwmlawyers.com
*Counsel for Plaintiff*